IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| TIMOTHY WAYNE HARNER,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF UTAH et al.,<br><br>    Defendants. | **MEMORANDUM DECISION &**<br>**DISMISSAL ORDER**<br><br><br>Case No. 2:15-CV-456-DB<br><br>District Judge Dee Benson |

Plaintiff, Timothy Wayne Harner, filed this *pro se* civil-rights suit, *see* 42 U.S.C.S. § 1983 (2016).  Reviewing the Complaint under § 1915(e), in an Order dated February 2, 2016, the Court determined Plaintiff's Complaint was deficient.  The Court then gave Plaintiff directions for curing the deficiencies, sent him a "Pro Se Litigant Guide," with a blank-form civil rights complaint, and ordered him to cure the deficiencies within thirty days.

Plaintiff has never responded to the order.  The Court last heard from Plaintiff on January 13, 2016, when he filed a letter regarding his filing fee, none of which has been paid.

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint is **DISMISSED** for failure to state a claim under § 1915(e)(2)(B)(ii) and follow the Court's Order.  This case is **CLOSED.**

DATED this 7th day of November, 2016.

BY THE COURT:

_____
JUDGE DEE BENSON
United States District Court